# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:09cv295

| | |
|---|---|
| ENTERTAINMENT DISTRIBUTION COMPANY, (USA), LLC, d/b/a Entertainment Distribution Company,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>C. C. REPROCESSING, INC.,<br><br>　　　　Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Judgment on the Pleadings [Doc. 9].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, United States Magistrate Judge Dennis L. Howell was designated to consider this Motion and to submit recommendations for its disposition.

On February 3, 2010, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 19] in which he recommended granting the motion for judgment on the pleadings, noting that the Defendant had completely failed to respond to the motion despite having sought and obtained an extension of time within which to do so. The parties were advised that any

objections to the Magistrate Judge's conclusions and recommendations were to be filed in writing within fourteen days of service of the Recommendation and that failure to file objections to the Memorandum and Recommendation would preclude the parties from raising any objection on appeal. [Doc. 19, at 4]. The period within which to file objections expired on February 22, 2010 and no written objections to the Memorandum and Recommendation have been filed.

The Court concludes that the Magistrate Judge's recommendation is supported by the record and the law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Judgment on the Pleadings [Doc. 9] is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court may enter Judgment in favor of the Plaintiff and against the Defendant for the sum certain of $105,096.06 together with interest from the date of Judgment.

Signed: February 25, 2010

Martin Reidinger
United States District Judge