# United States District Court
# For The Western District of North Carolina
# Asheville Division

ENTERTAINMENT DISTRIBUTION COMPANY,
**(USA), LLC,**

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                         1:09cv295

C. C. REPROCESSING, INC.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/25/2010 Order.

**IT IS FURTHER ORDERED** that the Clerk of Court may enterJudgment in favor of the Plaintiff and against the Defendant for the sum certain of $105,096.06 together with interest from the date of Judgment.

                                          Signed: February 25, 2010

                                          Frank G. Johns, Clerk
                                          United States District Court

                                          SEALED DOCUMENT with access to All Parties/Defendants